IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**ANTHONY MARRERO-DIAZ,**<br>    **Defendant** | **Criminal No. 07-330 (ADC)** |

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos E. López on November 5, 2007. (**Docket No. 46**.) In said Report and Recommendation the Magistrate-Judge recommends that:  defendant **Anthony Marrero-Díaz** be adjudged guilty of the offenses charged in Counts One and Two (18 U.S.C. §§ 371, 2113(b) and 2) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No. 07-330 (ADC)                                                                                     Page -2-

Accordingly, a judgment of conviction is to be entered as to Counts One and Two of the indictment in the above-captioned case.

**The sentencing hearing is set for February 6, 2008 at 2:00 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 6th day of December, 2007.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**